| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Aztec/Shaffer, LLC** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Aztec Events & Tents**  **DBA  Shaffer Sports & Events** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3742038** | |
| 4. | Debtor's address | **Principal place of business**  **601 W. 6th Street**  **Houston, TX 77007**  Number, Street, City, State & ZIP Code  **Harris**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://aztecusa.com/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Aztec/Shaffer, LLC**  Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | | | |
|---|---|---|---|
| District | **S.D.Tx.** | When **11/17/20** | Case number **20-3599** |
| District |  | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **ASAIG, LLC** | Relationship | **Parent** |
| District | **S.D.TX.** | When **11/17/20** | Case number, if known **20-35600** |

Debtor   **Aztec/Shaffer, LLC**              Case number (*if known*)
　　　　　Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Aztec/Shaffer, LLC**                                     Case number (*if known*) _____
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 24, 2020**
              MM / DD / YYYY

X **/s/ A. Kelly Williams**                                    **A. Kelly Williams**
  Signature of authorized representative of debtor              Printed name

Title  **Authorized Representative**

**18. Signature of attorney**

X **/s/ Matthew Okin**                                         Date **November 24, 2020**
  Signature of attorney for debtor                                   MM / DD / YYYY

**Matthew Okin**
Printed name

**Okin Adams LLP**
Firm name

**1113 Vine St., Suite 240**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone  **(713) 228-4100**      Email address  **info@okinadams.com**

**00784695 TX**
Bar number and State

## ASAIG, LLC

## UNANIMOUS CONSENT OF MANAGERS OF ASAIG, LLC IN LIEU OF SPECIAL MEETING

The undersigned, being the Managers of ASAIG, LLC, a Texas limited liability company (the "Company"), do hereby consent to the adoption of, and hereby ratify, the resolutions attached hereto as Exhibit A, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the Managers at a duly convened meeting held for such purpose.

IN WITNESS WHEREOF, the undersigned has executed this consent as of the 24th day of November, 2020.

ASAIG, LLC

By: _____
Name: A. Kelly Williams
Title: Manager

By: _____
Name: Michael P. Hanks
Title: Manager

1

**EXHIBIT A**

**APPROVAL OF FILING OF CHAPTER 11 BANKRUPTCY PROCEEDINGS**

**WHEREAS**, on November 17, 2020 the Managers of the Company deemed it advisable and in the best interests of the Company, and its creditors, members, and other interested parties, that the Company and its subsidiary, Aztec / Shaffer, LLC, a Texas limited liability company (the "Subsidiary"), file petitions ("Petitions") and commence cases (the "Chapter 11 Cases") seeking relief under the provisions of chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") for the purpose of restructuring the Company's and Subsidiary's business affairs; and

**WHEREAS**, the Subsidiary's Chapter 11 Case was assigned Case No. 20-35599, and the Company's Chapter 11 Case was assigned Case No. 20-355600; and

**WHEREAS**, on November 23, 2020, the Bankruptcy Court found and concluded that (i) the Petition of the Company was validly authorized and filed; and (ii) the Petition of the Subsidiary was invalidly filed and therefore struck the Subsidiary's Petition; and

**WHEREAS**, the Bankruptcy Court found that Timothy R. Hassenger ("Hassenger") was validly installed as Manager of the Subsidiary on November 17, 2020; and

**WHEREAS**, on November 24, 2020, Hassenger submitted his resignation as Manager of the Subsidiary; and

**WHEREAS**, the Managers of the Company have reviewed the Subsidiary's materials regarding the liabilities and liquidity situation of the Subsidiary, the strategic alternatives available to it, and the effect of the foregoing on the Subsidiary's and Company's business; and

**WHEREAS**, the Managers have had the opportunity to consult with the management of the Company and fully consider each of the strategic alternatives available to the Subsidiary;

**NOW, THEREFORE, BE IT:**

*Reinstatement of Subsidiary's Limited Liability Company Agreement*

**RESOLVED**, that the Managers determine that it is desirable and in the best interests of the Company and the Subsidiary to strike that certain Second Amended and Restated Limited Liability Company Agreement of Aztec / Shaffer, LLC dated November 17, 2020 (the "Amended Agreement") and replace it with the Current Agreement dated August 14, 2019, as defined and more fully described in the Amended Agreement; and further

*Chapter 11 Filings*

**RESOLVED**, that the Subsidiary be authorized and directed to file a voluntary Petition and commence a new Chapter 11 Case in the United States Bankruptcy Court for the Southern District

of Texas (the "Bankruptcy Court"), which Chapter 11 Case shall be jointly-administered with the case of the Company; and further

**RESOLVED**, that the Managers hereby authorize, direct, empower and appoint A. Kelly Williams (the "Authorized Representative"), as the Subsidiary's representative, acting in the name and on behalf of the Subsidiary, to: (i) execute and verify the Subsidiary's Petition as well as all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents; (ii) execute, verify, and file or cause to be filed all of the petitions, schedules, lists, motions, applications, and other papers or documents advisable, appropriate, convenient, desirable or necessary in connection with the foregoing; and (iii) to conduct the restructuring and execute all documents or papers necessary or desirable to effectuate the proposed restructuring; and further

*Retention of Professionals*

**RESOLVED**, that the Managers hereby authorize and direct the Authorized Representative, in the name and on behalf of the Subsidiary, to employ any individual and/or firm as counsel, professionals, consultants or financial advisors to the Subsidiary as the Authorized Representative may deem advisable, appropriate, convenient, desirable or necessary to represent and assist the Subsidiary in carrying out its duties under the Bankruptcy Code and any other applicable law; and further

**RESOLVED**, that the Managers hereby authorize the retention of the law firm of Okin Adams LLP ("Okin Adams") to represent the Subsidiary as general bankruptcy counsel and to represent and assist the Subsidiary in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Subsidiary's rights, including the preparation of pleadings and filings in the Subsidiary's Chapter 11 Case; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Subsidiary, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition and to cause to be filed an appropriate application for authority to retain the services of Okin Adams; and further

*Ratification of Prior Acts*

**RESOLVED**, that all actions by the Authorized Representative and officers of the Subsidiary heretofore taken, and expressly approved by the Authorized Representative, in connection with the subject of the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as the acts and deeds of the Subsidiary; and further

**RESOLVED**, that all prior lawful acts taken or caused to be taken with the express approval of the Authorized Representative by or on behalf of the Subsidiary by any of its officers and authorized agents, including, but not limited to, any and all acts taken or caused to be taken in connection with the foregoing resolutions, which were done in reliance on the Managers' expressed desire to reorganize the Subsidiary's debts and business affairs, and the negotiation and preparation of documents and actions ancillary thereto are hereby ratified, approved and confirmed in all respects and adopted as the acts of the Subsidiary, as applicable; and further

3

**RESOLVED**, that the Authorized Representative and any of the appropriate Managers and officers of the Subsidiary expressly authorized by the Authorized Representative be, and each of them hereby are, authorized: (i) to prepare, execute, deliver and perform, as the case may be, such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings; (ii) to pay or cause to be paid on behalf of the Subsidiary any related costs and expenses; and (iii) to take such other actions, in the name and on behalf of the Subsidiary, as each such Manager, officer, director, or member, as applicable, in his, her or its discretion, shall deem necessary or advisable to complete and effect the foregoing transactions or to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby, the preparation, execution, delivery and performance of any such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, the payment of any such costs or expenses and the performance of any such other acts to be conclusive evidence of the approval of the Managers thereof and all matters relating thereto; and further

**RESOLVED**, that all actions heretofore taken by the Authorized Representative and the officers of the Subsidiary as expressly authorized by the Authorized Representative with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby approved, adopted, ratified and confirmed.

*   *   *

Fill in this information to identify the case:

Debtor name: **Aztec/Shaffer, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PGA Champ Management**<br>112 PGA Tour Blvd.<br>Ponte Vedra Beach, FL 32082 | Gordon Strickland<br><br>GordonStrickland@pgatourhq.com | Overpayment | | | | $6,431,058.60 |
| **Colonial Country Club**<br>3735 Country Club Circle<br>Fort Worth, TX 76109 | Michael Tothe<br>817-840-2219<br>mtothe@colonialfw.com | Overpayment | | | | $689,119.15 |
| **Travelers Championship**<br>90 State House Square<br>Hartford, CT 06103 | Kevin Harrington<br>860-982-2044<br>kharrington@travelerschampionship.com | Overpayment | | | | $661,210.66 |
| **Sunbelt Rentals AMEX**<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Lasha Carson<br>614-541-5340<br>lasha.carson@sunbeltrentals.com | Equipment Rental | | | | $553,402.65 |
| **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 | Shawn McDowell<br>shawn.m.mcdowell@aexp.com<br>512-894-5044<br>480-296-6784 | Company Credit Card | | | | $485,969.46 |
| **Vinson & Elkins**<br>PO Box 301019<br>Dallas, TX 75303-1019 | Erec R. Winandy<br>713-758-2222<br>ewinandy@velaw.com | Professional Services | | | $10,000 Retainer | $291,448.44 |
| **3M Open**<br>11074 Rodisson Rd.<br>Blaine, MN 55449 | Jennifer Hines<br>763-783-9000<br>jhines@3mopen.com | Overpayment | | | | $244,661.16 |

Debtor **Aztec/Shaffer, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Astros Golf Foundation**<br>501 Crawford Street, Suite 500<br>Houston, TX  77002 | Colby Callaway<br>210-219-3538<br>ccallaway@astrosgolf.com | Overpayment | | | | $139,289.18 |
| **Fabritex, Inc.**<br>1755 Zion CME Church Rd.<br>Hartwell, GA 30643 | Alexis Joiner<br>706-376-6584 x225<br>alexis@fabritex.com | Rental Inventory | | | | $134,050.50 |
| **Mainline Carpets**<br>PO BOX 3026<br>Dalton, GA 30721 | Sandra Bailey<br>800-227-3083<br>sandrabailey@mainlinecarpets.com | Carpet/Mesh | | | | $133,967.64 |
| **Sanderson Farms Championship**<br>576 Highland Colony Parkway Suite 110<br>Ridgeland, MS 39157 | Jonah Beck<br>601-898-4653<br>jonah@sandersonfarmschampionship.com | Overpayment | | | | $129,390.75 |
| **Absolute Logistics, LLC**<br>PO Box 1832<br>Ardmore, OK 73402 | Peggy Reece<br>580-798-4310<br>absoluteinc@cableone.net | Freight | | | | $103,625.00 |
| **Exeter 10901 Tanner, L.P.**<br>101 West Elm Street, Suite 600<br>Conshohocken, PA 19428 | Tammy Diezi<br>832-256-7991<br>tdiezi@exeterpg.com | Rent | | | $145,000 Security Deposit | $102,000.00 |
| **Amerisure Mutual Insurance Co.**<br>Lockbox #730502<br>Dallas, TX 75373-0502 | Shari Fowler-Fazica<br>800-842-0626<br>slower@amerisure.com | Insurance | | | | $92,502.32 |
| **Latham & Watkins**<br>PO BOX 2130<br>Carol Stream, IL 60132-2130 | Cathy Birkeland<br>312-876-7700<br>cathy.berkeland@lw.com | Professional Services | | | $50,000 Retainer | $86,781.28 |
| **UnitedHealthcare**<br>22561 Network Place<br>Chicago, IL 60673-1225 | Jane Mayer<br>218-279-7933<br>jane_a_mayer@uhc.com | Benefits | | | | $71,434.27 |
| **Enterprise FM Trust**<br>PO Box 800089<br>Kansas City, MO 64180-0089 | Allen Caswell<br>713-300-9115<br>Allen.L.Caswell@efleets.com | Fleet | | | | $70,970.33 |

| Debtor | Aztec/Shaffer, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wrinkle, Gardner & Company, P.C. PO Box 1707 Friendswood, TX 77549 | Sandy Reeves 281-338-1120 sreeves@wrinklegardner.com | Professional Services | | | | $67,040.21 |
| Extended Stay PO Box 49289 Charlotte, NC 28277-0076 | Cori Alvidrez 980-345-1654 calvidrez@extendedstay.com | Housing | | | | $64,425.16 |
| Texas Outhouse PO Box 4509-1 Houston, TX 77210-4509 | Paulette Atkins 713-785-8051 collections@gtxwaste.com | Sub-Rental | | | | $64,235.16 |
| Trinity Logistics Inc. PO Box 536203 Pittsburgh, PA 15253 | Jolene Moorefield 443-245-1110 jolene.moorefield@trinitylogistics.com | Freight | | | | $45,295.00 |
| alterDomus 225 W. Washington Street, 9th Floor Chicago, IL  60606 | Sam Buhler 312-605-1009 samuel.buhler@alterdomus.com | AIG Agent Fees | | | | $40,000.00 |
| Event Carpet Pros, Inc. 14301 Alondra Blvd. La Mirada, CA 90638 | Alma Recinos 714-522-7600 alma@eventcarpetpros.com | Merchandise | | | | $35,712.00 |
| Volm Companies, Inc. BIN 88589 Milwaukee, WI 53288-0589 | Monica Peterson 715-627-3637 ar@volmcompanies.com | Carpet/Mesh | | | | $34,885.44 |
| Fred's Tents 420 Hudson River Road Waterford, NY 12188 | Linda 518-233-8368 linda@wemaketents.com | Sub-Rental | | | | $34,565.30 |
| Midsouth Glass Co., Inc. 330 S. Parkway W. Memphis, TN 38109 | Nancy Jordan 901-947-4146 nancy@midco-mfg.com | Rental Inventory | | | | $28,344.00 |
| Hendee Enterprises, Inc. 9350 South Point Drive Houston, TX 77054 | Michelle Canady 713-796-6152 michellec@hendee.com | Supplies | | | | $27,886.76 |
| Lyondell Chemical Company c/o APR PO Box 370 Mt. Pleasant, SC 29465 | Adam Fontaine 843-416-2484 afontaine@apaudit.com | Overpayment | | | | $24,491.31 |

Debtor **Aztec/Shaffer, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Best Value Carriers, LLC**<br>**2526 Valleydale Road**<br>**Hoover, AL 35244** | Harry Doles<br>855-293-2378<br>bvc.harry@gmail.com | Freight | | | | $22,940.00 |
| **Meyer, Knight & Williams**<br>**8100 Washington Avenue**<br>**Suite 1000**<br>**Houston, TX 77007** | 713-868-2222<br>ldk@mkwlaw.com | Professional Services | | | | $21,489.45 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name    Aztec/Shaffer, LLC | |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS | |
| Case number (if known) | ☐ Check if this is an amended filing |

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 24, 2020**    X  /s/ A. Kelly Williams
                                         Signature of individual signing on behalf of debtor

**A. Kelly Williams**
Printed name

**Authorized Representative**
Position or relationship to debtor